UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARY WILSON** | **CIVIL ACTION** |
| **VERSUS** | **NO. 12-2577** |
| **JAMES LEBLANC** | **SECTION: "G" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Gary Wilson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

NEW ORLEANS, LOUISIANA, this  29th  day of August, 2013.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**